UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAH RA EL BEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No.  2:19-cv-2467 JAM DB PS<br><br>ORDER TO SHOW CAUSE |

  Plaintiff Jah Ra El Bey is proceeding in this action pro se.  This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On October 7, 2020, defendants Department of Housing and Urban Development and the Social Security Administration were dismissed from this action.  (ECF No. 15.)  Although named as a defendant in the amended complaint, the County of Sacramento has not appeared in this action and plaintiff has not filed proof of service on the County of Sacramento.  (Am. Compl. (ECF No. 7) at 3.)

  Plaintiff has been repeatedly warned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.  (ECF No. 2 at 1; ECF No. 12 at 2.)  More than 90 days have passed, the County of Sacramento has not appeared in this action, and the docket does not reflect proof of service on the County of Sacramento or any

1

other defendant. In this regard, it appears that plaintiff has failed to prosecute this action. In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: December 1, 2020                    /s/ DEBORAH BARNES
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2